# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

DALLAS BUYERS CLUB, LLC

                            Plaintiff,

v.                                                Case No.: 1:15–cv–01765
                                                   Honorable Jorge L. Alonso

DOES 1–25

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 11, 2015:

       MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 8/25/15 at 9:30 a.m. Plaintiff shall file an amended complaint naming the remaining Doe Defendants by 8/28/15. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.