# EXHIBIT A

Find Movies, TV shows, Celebrities and more... All

Movies, TV & Showtimes | Celebs, Events & Photos | News & Community | Watchlist

Pro | IMDb Apps | Help | Login



### Dallas Buyers Club (2013)
### Awards

Edit



Unlimited instant streaming of movies & TV shows
amazon Prime instant video
Start Free Trial
Watch as much as you want. Anytime you want.
30 DAY FREE TRIAL

ad feedback

Showing all 80 wins and 50 nominations

## Academy Awards, USA  2014

|  |  |
|---|---|
|  | Best Performance by an Actor in a Leading Role<br>Matthew McConaughey |
| **Won**<br>Oscar | Best Performance by an Actor in a Supporting Role<br>Jared Leto |
|  | Best Achievement in Makeup and Hairstyling<br>Adruitha Lee<br>Robin Mathews |
|  | Best Motion Picture of the Year<br>Robbie Brenner<br>Rachel Winter |
| **Nominated**<br>Oscar | Best Achievement in Film Editing<br>Jean-Marc Vallée<br>Martin Pensa |
|  | Best Writing, Original Screenplay<br>Craig Borten<br>Melisa Wallack |

## Golden Globes, USA  2014

| **Won**<br>Golden Globe | Best Performance by an Actor in a Motion Picture - Drama<br>Matthew McConaughey |
|---|---|
|  | Best Performance by an Actor in a Supporting Role in a Motion Picture<br>Jared Leto |

## Screen Actors Guild Awards  2014

| **Won**<br>Actor | Outstanding Performance by a Male Actor in a Leading Role<br>Matthew McConaughey |
|---|---|
|  | Outstanding Performance by a Male Actor in a Supporting Role<br>Jared Leto |
| **Nominated**<br>Actor | Outstanding Performance by a Cast in a Motion Picture<br>Jennifer Garner<br>Matthew McConaughey<br>Jared Leto<br>Denis O'Hare<br>Dallas Roberts<br>Steve Zahn |

**Dallas Buyers Club**

Opinion
Awards
FAQ
User Reviews
User Ratings
External Reviews
Metacritic Reviews
Message Board

**Explore More**

**Share** this page:

Like  61,974 people like this. Sign Up to see what your friends like.

**User Lists**   Create a list »

Related lists from IMDb users



**Top Movies of 2013**
a list of 35 titles
created 14 Dec 2013

**Filmer att se 2014**
a list of 27 titles
created 7 months ago

**Watched**
a list of 49 titles
created 6 months ago

**Based in a True Story**
a list of 37 titles
created 4 months ago

### African-American Film Critics Association (AAFCA) 2013

**Won**
AAFCA Award

Top 10 Films
7th Place

Best Supporting Actor
Jared Leto

### Alliance of Women Film Journalists 2013

**Won**
EDA Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### Austin Film Critics Association 2013

**Won**
Austin Film Critics Award

Best Supporting Actor
Jared Leto

**Nominated**
Austin Film Critics Award

Best Film

### Australian Film Institute 2014

**Nominated**
AACTA International Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### Awards Circuit Community Awards 2013

**Won**
ACCA

Best Actor in a Supporting Role
Jared Leto

**2nd place**
ACCA

Best Actor in a Leading Role
Matthew McConaughey
Runner-up

**Nominated**
ACCA

Honorable Mentions (The Next Ten Best Pictures Contenders)
Focus Features

### Bodil Awards 2015

**Nominated**
Bodil

Best American Film (Bedste amerikanske film)
Jean-Marc Vallée

### Boston Online Film Critics Association 2013

**Won**
BOFCA Award

Best Supporting Actor
Jared Leto

### Boston Society of Film Critics Awards 2013

**2nd place**
BSFC Award

Best Supporting Actor
Jared Leto
Tied with Barkhad Abdi for Captain Phillips (2013).

### Broadcast Film Critics Association Awards 2014

**Won**
Critics Choice Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**Nominated**
Critics Choice Award

Best Picture

omiljeni filmovi
a list of 48 titles
created 1 month ago

See all related lists »

### Casting Society of America, USA 2015

| | |
|---|---|
| Won<br>Artios | Outstanding Achievement in Casting - Studio or Independent Feature - Drama<br>Kerry Barden<br>Paul Schnee<br>Rich Delia<br>Tracy Kilpatrick (location casting)<br>Allison Estrin (associate) |

### Central Ohio Film Critics Association 2014

| | |
|---|---|
| Won<br>COFCA Award | Actor of the Year<br>Matthew McConaughey<br>For Mud and The Wolf of Wall Street |
| 2nd place<br>COFCA Award | Best Actor<br>Matthew McConaughey<br><br>Best Supporting Actor<br>Jared Leto |

### Chicago Film Critics Association Awards 2013

| | |
|---|---|
| Won<br>CFCA Award | Best Supporting Actor<br>Jared Leto |
| Nominated<br>CFCA Award | Best Actor<br>Matthew McConaughey |

### Chlotrudis Awards 2014

| | |
|---|---|
| Won<br>Chlotrudis Award | Best Supporting Actor<br>Jared Leto |

### Costume Designers Guild Awards 2014

| | |
|---|---|
| Nominated<br>CDG Award | Excellence in Period Film<br>Kurt and Bart |

### Dallas-Fort Worth Film Critics Association Awards 2013

| | |
|---|---|
| Won<br>DFWFCA Award | Best Actor<br>Matthew McConaughey<br><br>Best Supporting Actor<br>Jared Leto |
| Nominated<br>DFWFCA Award | Best Picture |

### Denver Film Critics Society 2013

| | |
|---|---|
| Won<br>DFCS Award | Best Actor<br>Matthew McConaughey<br><br>Best Supporting Actor<br>Jared Leto |

### Detroit Film Critic Society, US 2013

| | |
|---|---|
| Won<br>DFCS Award | Best Actor<br>Matthew McConaughey<br><br>Best Supporting Actor<br>Jared Leto |

### Florida Film Critics Circle Awards 2013

| | |
|---|---|
| Won<br>FFCC Award | Best Supporting Actor<br>Jared Leto |

## GLAAD Media Awards 2014

**Nominated**
GLAAD Media Award — Outstanding Film - Wide Release

## Gay and Lesbian Entertainment Critics Association (GALECA) 2014

**Won**
Dorian Award
- Film Performance of the Year - Actor
  Matthew McConaughey
- Film of the Year

**Nominated**
Dorian Award
- Film Performance of the Year - Actor
  Jared Leto
- LGBT Film of the Year

## Georgia Film Critics Association (GFCA) 2014

**Nominated**
GFCA Award
- Best Actor
  Matthew McConaughey
- Best Supporting Actor
  Jared Leto

## Golden Camera, Germany 2014

**Won**
Golden Camera — Best International Actor
Matthew McConaughey

## Golden Schmoes Awards 2013

**Won**
Golden Schmoes — Best Supporting Actor
Jared Leto

## Golden Trailer Awards 2014

**Won**
Golden Trailer
- Best Independent Trailer
  Focus Features
  Mark Woolen & Associates
  For the first theatrical trailer.
- Best Independent Trailer
  Scott Mitsui (trailer producer)
  Focus Features
  Mark Woolen & Associates
  For "Trailer 1"

**Nominated**
Golden Trailer — Best Drama Poster
Focus Features
P+A

## Gotham Awards 2013

**Won**
Best Actor — Matthew McConaughey

## Guardian Film Awards, UK 2014

**Nominated**
Guardian Film Award — Best Supporting Actor
Jared Leto

## Hollywood Film Awards 2013

**Won**
Hollywood Breakthrough Award — Breakthrough Actor
Jared Leto

**Won**
Hollywood Film Award — Actor of the Year
Matthew McConaughey

## Hollywood Makeup Artist and Hair Stylist Guild Awards 2014

| | |
|---|---|
| **Won** Artisan | Best Period and/or Character Makeup - Feature Films Robin Mathews |

### Houston Film Critics Society Awards 2013

| | |
|---|---|
| **Won** HFCS Award | Best Supporting Actor Jared Leto |
| **Nominated** HFCS Award | Best Picture |
| | Best Actor Matthew McConaughey |

### IGN Summer Movie Awards 2013

| | |
|---|---|
| **Nominated** IGN Award | Best Movie Actor Jared Leto |

### Image Awards 2014

| | |
|---|---|
| **Nominated** Image Award | Outstanding Independent Motion Picture |

### Independent Spirit Awards 2014

| | |
|---|---|
| **Won** Independent Spirit Award | Best Male Lead Matthew McConaughey |
| | Best Supporting Male Jared Leto |

### Indiana Film Journalists Association, US 2013

| | |
|---|---|
| **2nd place** IFJA Award | Best Actor Matthew McConaughey |

### International Cinephile Society Awards 2014

| | |
|---|---|
| **Nominated** ICS Award | Best Supporting Actor Jared Leto |

### Iowa Film Critics Awards 2014

| | |
|---|---|
| **Nominated** IFC Award | Best Supporting Actor Jared Leto |

### Irish Film and Television Awards 2014

| | |
|---|---|
| **Nominated** IFTA Award | Best International Actor Matthew McConaughey |

### Las Vegas Film Critics Society Awards 2013

| | |
|---|---|
| **Won** Sierra Award | Best Actor Matthew McConaughey |
| | Best Supporting Actor Jared Leto |
| **2nd place** Sierra Award | Best Picture |

### London Critics Circle Film Awards 2014

| | |
|---|---|
| **Nominated** ALFS Award | Supporting Actor of the Year Jared Leto |

### Los Angeles Film Critics Association Awards 2013

| Won<br>LAFCA Award | Best Supporting Actor<br>Jared Leto<br>Tied with James Franco for Spring Breakers (2012). |

## MTV Movie Awards 2014

| Won<br>MTV Movie Award | Best On-Screen Transformation<br>Jared Leto<br>Jared Leto's performance as an HIV positive transgender woman living in 1980s Texas is just as ... More |
| --- | --- |
| Nominated<br>MTV Movie Award | Best Male Performance<br>Matthew McConaughey |
| | Best On-Screen Duo<br>Matthew McConaughey<br>Jared Leto |
| | Best On-Screen Transformation<br>Matthew McConaughey<br>Despite losing a whopping 50 pounds to play a rodeo cowboy diagnosed with AIDS and given 30 days to... More |

## National Board of Review, USA 2013

| Won<br>NBR Award | Top Ten Independent Films |

## National Society of Film Critics Awards, USA 2014

| 2nd place<br>NSFC Award | Best Supporting Actor<br>Jared Leto |

## New York Film Critics Circle Awards 2013

| Won<br>NYFCC Award | Best Supporting Actor<br>Jared Leto |

## New York Film Critics, Online 2013

| Won<br>NYFCO Award | Best Supporting Actor<br>Jared Leto |
| --- | --- |
| | Top Films of the Year |

## North Texas Film Critics Association, US 2013

| Won<br>NTFCA Award | Best Supporting Actor<br>Jared Leto |

## Oklahoma Film Critics Circle Awards 2013

| Won<br>OFCC Award | Best Supporting Actor<br>Jared Leto |
| --- | --- |
| | Body of Work Award<br>Matthew McConaughey<br>For Mud and The Wolf of Wall Street |
| Nominated<br>OFCC Award | Best Film |

## Online Film & Television Association 2014

| Won<br>OFTA Film Award | Best Supporting Actor<br>Jared Leto<br>Tied with Michael Fassbender for 12 Years a Slave (2013). |
| --- | --- |
| | Best Makeup and Hairstyling |
| Nominated | Best Actor<br>Matthew McConaughey |

OFTA Film Award

Best Ensemble

## Online Film Critics Society Awards 2013

**Nominated**
OFCS Award

Best Supporting Actor
Jared Leto

## PGA Awards 2014

**Nominated**
PGA Award

Outstanding Producer of Theatrical Motion Pictures
Robbie Brenner
Rachel Winter

## Palm Springs International Film Festival 2014

**Won**
Desert Palm Achievement Award

Matthew McConaughey

## Phoenix Film Critics Society Awards 2013

**Won**
PFCS Award

Best Actor in a Leading Role
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

**Nominated**
PFCS Award

Best Picture

## Robert Festival 2015

**Nominated**
Robert

Best American Film (Årets amerikanske film)
Jean-Marc Vallée

## Rome Film Fest 2013

**Won**
Associazione Italiana Autori della Fotografia Cinematografica (AIC) Award

Yves Bélanger

**Won**
Audience Award

Jean-Marc Vallée

**Won**
Best Actor

Matthew McConaughey

**Won**
Golden Butterfly

Jean-Marc Vallée

**Nominated**
Golden Marc'Aurelio Award

Jean-Marc Vallée

## San Diego Film Critics Society Awards 2013

**Won**
SDFCS Award

Best Supporting Actor
Jared Leto

**Nominated**
SDFCS Award

Best Actor
Matthew McConaughey

## San Francisco Film Critics Circle 2013

**Nominated**
SFFCC Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

## San Sebastián International Film Festival 2013

**Won**
Sebastiane Award — Jean-Marc Vallée

## Santa Barbara International Film Festival 2014

**Won**
Virtuoso Award — Jared Leto

## Satellite Awards 2013

**Won**
Satellite Award
- Best Actor in a Motion Picture — Matthew McConaughey
- Best Actor in a Supporting Role — Jared Leto

## Southeastern Film Critics Association Awards 2013

**Won**
SEFCA Award — Best Supporting Actor — Jared Leto

**2nd place**
SEFCA Award — Best Actor — Matthew McConaughey

**Nominated**
SEFCA Award — Best Picture

## St. Louis Film Critics Association, US 2013

**Won**
SLFCA Award — Best Supporting Actor — Jared Leto

**2nd place**
SLFCA Award — Best Actor — Matthew McConaughey

## Toronto Film Critics Association Awards 2014

**Won**
TFCA Award — Best Supporting Actor — Jared Leto

**3rd place**
TFCA Award — Best Actor — Matthew McConaughey

## Utah Film Critics Association Awards 2013

**Nominated**
UFCA Award
- Best Actor — Matthew McConaughey
- Best Supporting Actor — Jared Leto

## Vancouver Film Critics Circle 2014

**Won**
VFCC Award — Best Supporting Actor — Jared Leto

**Nominated**
VFCC Award — Best Actor — Matthew McConaughey

## Village Voice Film Poll 2013

**Nominated**
VVFP Award — Best Supporting Actor — Jared Leto

## Washington DC Area Film Critics Association Awards 2013

**Won**
WAFCA Award — Best Supporting Actor — Jared Leto

**Nominated**
WAFCA Award — Best Actor — Matthew McConaughey

## Women Film Critics Circle Awards 2013

**Won**
WFCC Award

Hall of Shame
"Shame on Dallas Buyers Club for completely ignoring the LGBT as a group who drove the fight ... More

## Writers Guild of America, USA 2014

**Nominated**
WGA Award (Screen)

Best Original Screenplay
Craig Borten (written by)
Melisa Wallack (written by)

## See also

FAQ | User Reviews | User Ratings | External Reviews | Metacritic Reviews | Message Board

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Top 250 | TV | News | Message Boards | Press Room
Register | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Copyright © 1990-2015 IMDb.com, Inc.
Conditions of Use | Privacy Policy | Interest-Based Ads
An          company.

Amazon Affiliates
Amazon Instant Video    Prime Instant Video     Amazon Germany     Amazon Italy       Amazon France     Amazon India       DPReview     Audible
Watch Movies &          Unlimited Streaming     Buy Movies on      Buy Movies on      Buy Movies on     Buy Movie and      Digital      Download
TV Online               of Movies & TV          DVD & Blu-ray      DVD & Blu-ray      DVD & Blu-ray     TV Show DVDs       Photography  Audio Books

http://www.imdb.com/title/tt0790636/awards?ref_=tt_awd                                                                                              9/9

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-873-195**

Effective date of registration:
November 13, 2013

## Title
**Title of Work:** Dallas Buyers Club

## Completion/Publication
**Year of Completion:** 2013
**Date of 1st Publication:** November 1, 2013
**Nation of 1st Publication:** United States
**Preregistration:** PRE000006719

## Author
- **Author:** Dallas Buyers Club, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Dallas Buyers Club, LLC
2170 Buckthorne Place, Suite 400, The Woodlands, TX, 77380

## Limitation of copyright claim
**Material excluded from this claim:** script/screenplay, preexisting music
**Previous registration and year:** TXu 1-835-443    2012
**New material included in claim:** all other cinematographic material

## Certification
**Name:** Carly Seabrook
**Date:** November 1, 2013

Registration #: PA0001873195
Service Request #: 1-1005221967



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

# EXHIBIT C

00606728.XLS

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 5 | 50.179.56.60 | 2/22/15 04:10:44 PM | Dallas.Buyers.Club.2013.BRRip.XviD.AC3-WAR | SHA1: 5CD6DC7A993658B0168E3241C090D5EBA269482C | Comcast Cable | Illinois | Chicago | Cook |
| 18 | 73.51.216.112 | 2/6/15 08:28:28 AM | Dallas.Buyers.Club.2013.BRRip.XviD.AC3-WAR | SHA1: 5CD6DC7A993658B0168E3241C090D5EBA269482C | Comcast Cable | Illinois | Evanston | Cook |
| 19 | 69.246.230.175 | 2/6/15 02:05:50 AM | Dallas.Buyers.Club.2013.BRRip.XviD.AC3-WAR | SHA1: 5CD6DC7A993658B0168E3241C090D5EBA269482C | Comcast Cable | Illinois | Morris | Grundy |
| 20 | 71.194.45.224 | 2/5/15 08:04:23 PM | Dallas.Buyers.Club.2013.BRRip.XviD.AC3-WAR | SHA1: 5CD6DC7A993658B0168E3241C090D5EBA269482C | Comcast Cable | Illinois | Crystal Lake | McHenry |
| 25 | 73.45.7.42 | 2/3/15 02:50:24 AM | Dallas.Buyers.Club.2013.BRRip.XviD.AC3-WAR | SHA1: 5CD6DC7A993658B0168E3241C090D5EBA269482C | Comcast Cable | Illinois | Chicago | Cook |